# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2020

161453 & (4)(5)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

COMMITTEE TO BAN FRACKING IN
MICHIGAN,
          Plaintiff,

v                                                          SC: 161453

BOARD OF STATE CANVASSERS,
          Defendant.
_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The complaint for mandamus is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief. The motion to dismiss is DENIED as moot.



b0630

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2020



Clerk